IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SUPERVALU INC., | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:01-cv-1315-F |
| | )   WO |
| CALHOUN ENTERPRISES, INC., *et al.,* | ) |
| | ) |
| DEFENDANTS. | ) |

**ORDER**

This cause is presently before the Court on the Motion to Certify the Controlling Issues for an Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b) (Doc. # 48) filed by Defendants on April 7, 2005. The Court has carefully considered the arguments in support of and in opposition to this motion. It is hereby ORDERED that the Motion to Certify the Controlling Issues for an Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b) (Doc. # 48) is DENIED. Additionally, to the extent that Defendants' Reply to Supervalu Inc.'s Opposition to Defendants' Motion to Certify the Controlling Issues for an Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b) (Doc. #56) contains an alternative motion requesting that this Court modify its previous order and deny the petition to compel arbitration, that alternative motion is also DENIED.

DONE this the 20th day of May, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE